# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

COMPUTER SCIENCES CORPORATION    )

           )

      Plaintiff,      )

           )

    v.      )

           )    Case No. 1:16-CV-00261-GBL-IDD

JOHN PAUL MAGUIRE,    )

           )

      Defendant.      )

---

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Computer Sciences Corporation, through counsel, pursuant to the Final Pretrial Order entered on September 23, 2016 (Dkt. No. 85), hereby submits Plaintiff's Exhibit List.

Plaintiff expects to offer each of these exhibits at trial. Plaintiff reserves the right to use additional exhibits for impeachment and/or rebuttal. Plaintiff also reserves the right to offer any exhibit that appears on Defendant's Exhibit List.

| No. | Date | Description | Admitted (Y/N) |
|---|---|---|---|
| 1 | June 6, 2010 | E. Woods email to J. Gaudette. [Cog 7039] | |
| 2 | Feb. 6, 2013 | J. Gaudette email to S. Long and others re: Eddie Woods resume. [Cog 7120-7122] | |
| 3 | Apr. 19, 2013 | Offer of Employment to J. Maguire | |
| 4 | Apr. 19, 2013 | Non-Competition/Non-Solicitation Agreement | |
| 5 | May 8, 2013 | Confidentiality and Inventions Agreement for Employees | |
| 6 | May 20, 2013 | CSC 2004 Incentive Plan Stock Option Award Agreement (Grant # 029864) | |
| 7 | May 20, 2013 | CSC 2011 Omnibus Incentive Plan Performance Based Restricted Stock Unit Award Agreement | |

| | | (Grant # 030035) | |
|---|---|---|---|
| 8 | May 16, 2014 | CSC 2004 Incentive Plan Stock Option Award Agreement (Grant # 031406) | |
| 9 | May 16, 2014 | CSC 2011 Omnibus Incentive Plan Performance Career Shares Restricted Stock Unit Award Agreement (Grant # 032422) | |
| 10 | May 16, 2014 | CSC 2011 Omnibus Incentive Plan Performance Based Restricted Stock Unit Award Agreement (Grant # 031754) | |
| 11 | | [Withdrawn] | |
| 12 | | [Withdrawn] | |
| 13 | | [Withdrawn] | |
| 14 | | [Withdrawn] | |
| 15 | | [Withdrawn] | |
| 16 | | [Withdrawn] | |
| 17 | | [Withdrawn] | |
| 18 | Oct. 1, 2014 | M. DeSimone email with J. Maguire [Cognizant 7710-7711] | |
| 19 | Oct. 14, 2014 | M. DeSimone email with J. Maguire [Cognizant 7713-7714] | |
| 20 | Oct. 28, 2014 | J. Maguire Calendar Entry - Call with M. DeSimone [CSC-VA-304] | |
| 21 | Nov. 5, 2014 | Letter from David Amsden (Cognizant) to J. Maguire [Cognizant 7071-7075] | |
| 22 | Nov. 6, 2014 | Letter Agreement between CSC and John Maguire | |
| 23 | Dec. 12, 2014 | Confirmation of Exercise - Option No. 029864 | |
| 24 | Jan. 15, 2015 | Cognizant Offer of Employment to John Maguire | |
| 25 | Jan. 29, 2015 | Letter Agreement between CSC and John Maguire | |
| 26 | Feb. 5, 2015 | J. Maguire email via LinkedIn to B. Hutton | |

| 27 | Feb. 13, 2015 | J. Maguire email with D K Sinha re: Bill Hutton | |
|----|---------------|-------------------------------------------------|---|
| 28 | Mar. 2, 2015 | J. Maguire email to C. Doherty attaching Vince Ostrosky resume  [JM 54-59] | |
| 29 | Apr. 1, 2015 | J. Maguire email to V. Bagal and M. Meyer [Cognizant - 7105] | |
| 30 | Apr. 1, 2015 | J. Maguire email to B. Hutton | |
| 31 | Apr. 2, 2015 | J. Maguire email to B. Hutton Re: re your Text | |
| 32 | Apr. 2, 2015 | J. Maguire email to M. Meyer | |
| 33 | Apr. 3, 2015 | J. Maguire email to R. Mehta [JM 70] | |
| 34 | Apr. 28, 2015 | Options and Awards Summary - John Maguire | |
| 35 | Apr. 29, 2015 | S. Sumner letter to J. Maguire | |
| 36 | Aug. 29, 2015 | J. Maguire email with D. Tracy [JM 69] | |
| 37 | | [Withdrawn] | |
| 38 | | [Withdrawn] | |
| 39 | | [Withdrawn] | |
| 40 | Oct. 27, 2015 | J. Maguire email to B. Deckelman | |
| 41 | Oct. 28, 2015 | Email from G. Boone to D. Hass | |
| 42 | | [Withdrawn] | |
| 43 | Mar. 31, 2016 | J. Maguire email to D K Sinha [JM 45-46] | |
| 44 | July 8, 2016 | Schedule 1 to Expert Report of Joseph A. Estabrook, Value of Gains on Exercised Stock Options | |
| 45 | July 8, 2016 | Schedule 2 to Expert Report of Joseph A. Estabrook, Fair Market Value of Restricted Share Units | |
| 46 | April 2, 2015 | Text messages between J. Maguire and B. Hutton [JM000081-82] | |
| 47 | Jan. 30, 2015 | J Maguire email to W Deckelman [JM000093] | |

| | | | |
|---|---|---|---|
| 48 | Oct. 24, 2013 | Email from K. Messner to M. Meyer re: Eddie Woods, Strategic Deals Lead [COGNIZANT-007136] | |
| 49 | Nov. 26, 2013 | Email from Eddie Woods to K. Messner re: Revised CV [COGNIZANT-007143] | |
| 50 | Oct. 20, 2014 | CSC Separation and Release of Claims Agreement – signed by William Hutton on 11/17/2014 | |
| 51 | Nov. 5, 2014 | Email from J. Lennox to R. Matthew; cc'd to D. Amaden re: FW: Spoke With Maguire Again [COGNIZANT-007685-007688] | |
| 52 | Nov. 14, 2014 | Email from B. Jordan to J. Lennox, John Maguire; cc'd to M. DeSimone and S. Hillenbrand re: Call: Offer Discussion – Jim Lennox & John Maguire [COGNIZANT-007715] | |
| 53 | Nov. 17, 2014 | Email from Google Calendar to John Maguire re: Notification: Call: Offer Discussion – Jim Lennox & John Maguire @ Mon Nov 17, 2014 3pm – 3:30pm (John Maguire) [COGNIZANT-007727-007728] | |
| 54 | 12/1/2014 | Email from R. Matthew to J. Lennox re: FW: Spoke With Maguire Again [COGNIZANT-007334-007337] | |
| 55 | 12/1/2014 | Email from M. Richards to K. Joncas re: FW: Spoke With Maguire Again [COGNIZANT-007354-007357] | |
| 56 | 12/3/2014 | Email from M. DeSimone to John Maguire re: RE: References [COGNIZANT-007712] | |
| 57 | 12/4/2014 | Email from M. Richards to S. Gokhale; cc'd to K. Joncas re: RE: URGENT: Background Check Email [COGNIZANT-007677-007681] | |
| 58 | 12/5/2014 | Email from A. Krysiak to John Maguire re: RE: Information needed to complete your background report [COGNIZANT-007723-007724] | |
| 59 | 12/11/2014 | Email from S. Hillenbrand to John Maguire; cc'd to B. Jordan and M. DeSimone re: UPDATE: (John Maguire) Meetings CONFIRMED Sat 12/13 @ 7:30am ET [COGNIZANT-007716-007717] | |
| 60 | 12/16/2014 | Email from W. Deckelman to John Maguire re: Proposal [JM000094] | |
| 61 | 12/22/2014 | Email from John Maguire to M. DeSimone re: Next Steps Meeting w/ Francisco D'Souza /John Maguire [COGNIZANT-007729-007731] | |

| | | | |
|---|---|---|---|
| 62 | 1/14/2015 | Email from M. Richards to K. Joncas re: FW: john Maguire [COGNIZANT-007218-007219] | |
| 63 | 1/16/2015 | Email from M. Richards to John Maguire; cc'd to K. Messner re: RE: Cognizant Onboarding-Background Check [COGNIZANT-007444] | |
| 64 | 1/19/2015 | Email from W. Deckelman to John Maguire re: Revised Amendment [JM000095-96] | |
| 65 | 2/12/2015 | Email from Eddie Woods to M. Meyer; cc'd to K. Messner re: Start Dates and Planning [COGNIZANT-007054] | |
| 66 | 2/12/2015 | LinkedIn message from John Maguire to Dave Schneider [COGNIZANT-007738] | |
| 67 | 2/20/2015 | LinkedIn message from John Maguire to John Chiavelli [COGNIZANT-007087] | |
| 68 | 3/25/2015 | LinkedIn message from John Maguire to C. O'Leary [COGNIZANT-007736] | |
| 69 | 3/30/2015 | LinkedIn message from John Maguire to Michael Staff [COGNIZANT-007735] | |
| 70 | 4/1/2015 | Email from John Maguire to M. Meyer re: RE: Following Up [COGNIZANT-007106-007107] | |
| 71 | 10/20/2015 | Email from John Maguire to Cheralyn S. Cameron, V. Bauer; cc'd to Donna Lesch and William Deckelman re: *Confidential: John Maguire Release [JM000110] | |
| 72 | | William (Bill) Hutton resume [COGNIZANT-014843-014844] | |

Respectfully submitted,


_____/s/ J. David Folds_____
J. David Folds, VSB No. 44068
Baker Donelson Bearman
Caldwell & Berkowitz PC
901 K Street NW
Washington, D.C. 20001
Telephone: (202) 508-3400
Facsimile:  (202) 220-2241
dfolds@bakerdonelson.com

and

Steve Sumner
David Schick
Gayle A. Boone
Sumner, Schick, & Pace LLP

3811 Turtle Creek Boulevard, Suite 600
Dallas, Texas 75219
Telephone:  (214) 965-9229
Facsimile:  (214) 965-9215
ssumner@sumnerschick.com
dschick@sumnerschick.com
gboone@sumnerschick.com

Counsel for Computer Sciences Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF.


Benjamin S. Boyd
Julie Ann Gryce
DLA Piper LLP (US)
500 8th Street NW
Washington, DC 20004
email: Benjamin.boyd@dlapiper.com
email: Julie.gryce@dlapiper.com


_____/s/ J. David Folds_____
J. David Folds, VSB No. 44068
Baker Donelson Bearman
Caldwell & Berkowitz PC
901 K Street NW
Washington, D.C. 20001
Telephone: (202) 508-3400
Facsimile:  (202) 220-2241